315 P.2d 286

UTAH CREDIT ADJUSTMENT ASSOCIATION, a corporation, Plaintiff and Respondent,

v.

Mrs. Stanley J. LAKE, Defendant and Appellant.

No. 8626.

Supreme Court of Utah.

Sept. 10, 1957.

Gordon I. Hyde, Salt Lake City, for appellant.

Irwin Arnovitz, Salt Lake City, for respondent.

PER CURIAM.

This suit was brought by the plaintiff to collect an account allegedly assigned to it by Fuchs' Ready-to-Wear Store. The record fails to disclose any such assignment.

Reversed. Costs to appellant.